UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-32024 |
|---|---|
| RICKY H. DUFF | (Chapter 13) |
| LISHA D. DUFF | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985410**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 10 | CARFAX INC<br>10304 EATON PLACE STE 500<br>FAIRFAX, VA  22030 | 10.52 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2009

Certificate of Service                05-32024

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| RICKY H. DUFF<br>LISHA D. DUFF<br>7750 FRANORA LANE<br>MIDDLETOWN, OH  45042 | HAROLD JARNICKI<br>576 MOUND CT<br>SUITE B<br>LEBANON, OH  45036 | (37.1n)<br>ABN AMRO MORTGAGE GROUP<br>%MCCALLA RAYMER BANKRUPTCY<br>1544 OLD ALABAMA RD<br>ROSWELL, GA  30076 |
| (10.1)<br>CARFAX INC<br>10304 EATON PLACE STE 500<br>FAIRFAX, VA  22030 | (38.1n)<br>CHARTER SYSTEMS INC<br>WELLS FARGO BUSINESS DIRECT<br>CSI-WFB2/ PO BOX 2208<br>VACAVILLE, CA  95696 | (36.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 35480<br>NEWARK, NJ  07193 |
| (35.1n)<br>MCCALLA RAYMER<br>BANKRUPTCY DEPT<br>1544 OLD ALABAMA RD<br>ROSWELL, GA  30076 | | |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                        cs